December 03, 2010

Mr. John M. Hohengarten
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Ms. Brenda Loudermilk
Office of the Attorney General of Texas
P. O. Box 12548
Austin, TX 78711-2548
Mr. Paul C. Watler
Jackson Walker, L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

RE: Case Number: 08-0172
 Court of Appeals Number: 03-07-00102-CV
 Trial Court Number: D-1-GN-06-001120

Style: TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
 v.
 ATTORNEY GENERAL OF TEXAS AND THE DALLAS MORNING NEWS, LTD.

Dear Counsel:

 Today the Supreme Court of Texas issued opinions in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Hecht and Justice Willett not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. S. Anthony Safi |
| |Mr. Joseph R. Larsen |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Jeffrey D. Kyle |